**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-10419
Summary Calendar

Frantisek Benes, P.E.,

Plaintiff-Appellant,

versus

City of Dallas, Et Al.,

Defendants,

City of Dallas,

Defendant-Appellee.

Appeal from the United States District Court
For the Norther District of Texas

(3:99-CV-771-P)

October 28, 2002

Before BARKSDALE, DeMOSS, and BENAVIDES, Circuit Judges.[*]

PER CURIAM:

Frantisek Benes (hereinafter "Benes") is a 51 year old white male who was born and educated in Czechoslovakia and immigrated to the United States in 1986. He went to work for the City of Dallas in its Water Utilities Division and over the years received regular promotions and pay raises. In April 1999, Benes sued the City of

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Dallas for violations of Title VII of the Civil Rights Act of 1964, the Age Discrimination in Employment Act of 1967, the Civil Rights Act of 1866 and 1871, and the equal protection clause of the Fourteenth Amendment actionable under 42 U.S.C. § 1983. After various amendments to his Complaint, the City moved for Summary Judgment which was granted in toto by the trial court. Benes appeals to this Court.

We have carefully reviewed the briefs, the reply brief, the record excerpts and relevant portions of the record itself. For the reasons stated by the district judge in his memorandum opinion and Order filed February 26, 2002, containing 30 pages of careful and thorough analysis, we affirm the Final Judgment entered by the district judge, that Benes take nothing from his claims against the City of Dallas. AFFIRM.